UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES v. Oscar Barajas Aguilar, 25-cr-195

---

# PETITION FOR
# WRIT OF HABEAS CORPUS

( X ) Ad Prosequendum                ( ) Ad Testificandum

1. Defendant (hereinafter the "Detainee") is now confined at the Middlesex County Correctional Facility

2. The Detainee is

   charged in this District by: ( X ) Indictment   ( ) Information   ( ) Complaint
   with a violation of 8 U.S.C. Section 1326(a).

3. The Detainee will

   return to the custody of Middlesex County Correctional Facility, the detaining facility, upon termination of proceedings.

4. The Detainee will be required at the Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey, in Courtroom 5C, before the Hon. Susan D. Wigenton, U.S. District Judge for the District of New Jersey, on September 30, at 2:00 p.m., for plea hearing in the above-captioned case. A Writ of Habeas Corpus should issue for that purpose.

/s/ Rebecca A. Sussman

DATED: September 24, 2025

_____
Rebecca A. Sussman
Assistant U.S. Attorney
Petitioner

## ORDER

Let the Writ Issue.

DATED:   September 24, 2025

_____
Hon. Susan D. Wigenton, U.S.D.J.

## WRIT OF HABEAS CORPUS

The United States of America to Warden of the Middlesex County Correctional Facility:

WE COMMAND YOU that you have the body of

OSCAR BARAJAS AGUILAR,

now confined at the Middlesex County Correctional Facility, brought before the United States District Court, the Hon. Susan D. Wigenton in Courtroom 5C at the Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey, on September 30, at 2:00 p.m., for plea hearing in the above-captioned case

Immediately upon completion of the proceedings, the Detainee will be returned to said place of confinement in safe and secure conduct.

> WITNESS the Honorable Susan D. Wigenton
> United States District Judge
> Newark, New Jersey.

DATED:   September 24, 2025         MELISSA RHODES
                                    Clerk of the U.S. District Court for
                                    the District of New Jersey

                            Per: _____
                                    Deputy Clerk